| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Beckwith, Sandra S. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>04/23/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>810 Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY -4 P 2:54   RECEIVED   FINANCIAL DISCLOSURE OFFICE

Beckwith, Sandra S.

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/23/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Antique Business |
| 2. | 2009 | Retired - Pensions |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/23/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  U.S. Bank Portfolio | | | | | | | | | See Note in Part VIII |
| 2.  General Electric Corp. Common Stock | A | Dividend | | | Sold | 5/4/09 | J | | |
| 3.  BP Amoco Plc Common Stock | B | Dividend | K | T | Buy (add'l) | 3/20/09 | J | | |
| 4.  Johnson and Johnson Common Stock | A | Dividend | K | T | | | | | |
| 5.  Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 6.  Proctor & Gamble Common Stock | A | Dividend | K | T | . | | | | |
| 7.  Sysco Corp. Common Stock | B | Dividend | K | T | | | | | |
| 8.  Emerson Electric Co. 7.125% 8/15/10 | B | Interest | K | T | | | | | |
| 9.  Deere and Company Common Stock | A | Dividend | | | Sold | 7/13/09 | J | B | |
| 10. I Shares TR-DJ U.S. Healthcare Sector Common Stock | | None | | | Sold | 3/20/09 | J | | See Note in Part VIII |
| 11. Schlumberger Ltd. Common Stock | A | Dividend | K | T | Buy | 3/20/09 | J | | |
| 12. Exelon Corporation Common Stock | A | Dividend | | | Sold | 11/23/09 | J | | See Note in Part VIII |
| 13. Pepsico, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 14. U.S. Treasury Note 4.625% 8/31/11 | B | Interest | L | T | | 8/15/09 | K | | |
| 15. U.S. Treasury Note 4.875% 8/15/09 | B | Interest | | | | | K | | Matured 8/15/09 |
| 16. Gilead Sciences Inc. Common Stock | | None | K | T | | | | | |
| 17. U.S. Treasury Note 4.000% 8/31/09 | B | Interest | | | | 8/31/09 | K | | Matured 8/31/09 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Monsanto Co. Common Stock | A | Dividend | | | Sold | 7/13/09 | K | B | |
| 19. First American Govt. Obligation Fund CL Y | A | Interest | M | T | | | | | |
| 20. Clermont County, Ohio 2.250% 11/01/25 | B | Interest | | | | 11/02/09 | J | | See Note in Part VIII |
| 21. Clermont County, Ohio 2.250% 11/01/25 | | | | | Sold | 12/29/09 | L | | See Note in Part VIII |
| 22. U.S. Treasury Note 1.000% 8/31/11 | | None | L | T | Buy | 8/25/09 | L | | |
| 23. U.S. Treasury Note 1.000% 9/30/11 | | None | K | T | Buy | 9/22/09 | K | | |
| 24. Int'l. Business Machines Corp. Common Stock | | None | K | T | Buy | 11/17/09 | K | | |
| 25. Cincinnati Police Credit Union | A | Interest | J | T | | | | | |
| 26. Public Employees Deferred Comp. #1 | | None | | | | 3/18/09 | M | | See Note in Part VIII |
| 27. Public Employees Deferred Comp. #2 | | None | | | | 3/18/09 | O | | See Note in Part VIII |
| 28. Public Employees Deferred Comp. #3 | | None | | | | 3/18/09 | L | | See Note in Part VIII |
| 29. U.S. Bank IRA I | | | | | | | | | See Note in Part VIII |
| 30. Walgreen Company Common Stock | A | Dividend | K | T | | | | | |
| 31. Alcon, Inc. Common Stock | | None | | | Sold | 1/30/09 | J | | |
| 32. First American Gov't. Obligation Fund CL Y | A | Interest | L | T | | | | | |
| 33. I Shares DJ U.S. Basic Material Common Stock | A | Dividend | L | T | Buy | 3/20/09 | K | | |
| 34. I Shares MSCI Brazil Indev. Common Stock | B | Dividend | L | T | Buy | 3/20/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. I Shares MSCI Emerging Mkts. Index FD Common Stock | A | Dividend | L | T | Buy | 3/20/09 | K | | |
| 36. Lee Family LP Bond Int. Varies 6/01/2034 | D | Interest | N | T | Buy | 3/30/09 | N | | |
| 37. I Shares NASDAQ Biotech Index Fund Common Stock | | None | | | Buy | 3/20/09 | K | | |
| 38. I Shares NASDAQ Biotech Index Fund Common Stock | | None | | | Sold | 7/2/09 | K | C | |
| 39. I Shares S&P Glbl Energy Sect. Common Stock | B | Dividend | L | T | Buy | 3/20/09 | K | | |
| 40. I Shares S&P Glbl Energy Sect. Common Stock | B | Dividend | L | T | Buy | 5/21/09 | K | | See Note in Part VIII |
| 41. I Shares S&P Glbl Energy Sect. Common Stock | B | Dividend | L | T | Sold (part) | 12/14/09 | K | B | See Note in Part VIII |
| 42. I Shares F&SE/Xinhua China 25 Index FD Common Stock | A | Dividend | L | T | Buy | 3/20/09 | K | | |
| 43. I Shares DJ U.S. Tech Sector Ind FD Common Stock | A | Dividend | | | Buy | 3/20/09 | K | | |
| 44. I Shares DJ U.S. Tech Sector Ind FD Common Stock | A | Dividend | | | Sold | 8/7/09 | K | D | |
| 45. Yum Brands Inc. Common Stock | A | Dividend | K | T | Buy | 5/6/09 | K | | |
| 46. BMC Software Inc. Common Stock | | None | K | T | Buy | 5/5/09 | K | | |
| 47. U.S. Treasury Note 1.000% 8/31/11 | | None | M | T | Buy | 8/25/09 | L | | |
| 48. 3M Co. Common Stock | | None | K | T | Buy | 12/23/09 | K | | |
| 49. U.S. Bank IRA II | | | | | | | | | See Note in Part VIII |
| 50. Walgreen Company Common Stock | | None | | | | | | | See Note in Part VIII |
| 51. FPL Group Inc. Common Stock | | None | | | | | | | See Note in Part VIII |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | | P4 = More than $50,000,000 | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/23/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First American Gov't. Obligation Fund CL Y | A | Interest | L | T | | | | | |
| 53. Kansas City Southern Common Stock | | None | | | Sold | 1/15/09 | J | | See Note in Part VIII |
| 54. U.S. Bank IRA III | | | | | | | | | See Note in Part VIII |
| 55. I Shares Iboxx & Investment Grade Corp. Common Stock | A | Dividend | | | Sold | 12/14/09 | J | | See Note in Part VIII |
| 56. FPL Group, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 57. FPL Group, Inc. Common Stock | A | Dividend | K | T | | 3/17/09 | | | See Note in Part VIII |
| 58. Apple Computer Inc. Common Stock | | None | K | T | | | | | |
| 59. First American Gov't. Obligation Fund CL Y | A | Interest | L | T | | | | | |
| 60. Celgene Corp. Common Stock | | None | K | T | Buy (add'l) | 3/20/09 | J | | |
| 61. Walgreen Co. Common Stock | A | Dividend | J | T | | 3/17/09 | | | See Note in Part VIII |
| 62. I Shares Barclays 3 yrs. TRS BD | A | Interest | | | Sold | 12/14/09 | K | | |
| 63. Starbucks Corp. Common Stock | | None | K | T | Buy | 11/16/09 | K | | |
| 64. Priceline.com Inc. Common Stock | | None | K | T | Buy | 11/24/09 | K | | |
| 65. U.S. Treasury Note 3.125% 12/31/16 | | None | L | T | Buy | 12/31/09 | L | | |
| 66. Indian Creek Christian Church Inc. Taxable Bond Int. Varies | B | Interest | | | Buy | 5/4/09 | L | | |
| 67. Indian Creek Christian Church Inc. Taxable Bond Int. Varies | B | Interest | | | Sold | 12/29/09 | L | | See Note in Part VIII |
| 68. U.S. Treasury Note 1.000% 8/31/11 | | None | M | T | Buy | 8/25/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S. | 04/23/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Items 1, 29, 49 and 54 are account headers

Items 2 through 24 are the U.S. Bank Portfolio*

Items 13 through 48 are U.S. Bank IRA I*

Item 20, transaction partial call, no gain or loss

Items 40 & 41, Columns B, C & D(3) are for total I Shares S&P Glbl Energy Sect. Common Stock - unable to separate

Items 50 through 53 were U.S. Bank IRA II*

Items 55 through 68 are U.S. Bank IRA III*

*Items 19, 32, 52 and 59 are cash holding vehicles for their respective accounts

Items 2, 10, 21, 22, 31, 53, 55, 62 and 67 were sold at losses

Items 20 and 21 - no loss or gain

Items 26 and 27 were transferred into U.S. Bank IRA I

Item 28 was transferred into U.S. Bank IRA III

Items 50 through 53 were transferred into U.S. Bank IRA III. U.S. Bank IRA II closed.

Item 67 - reflects income for both items 66 & 67

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544